1040

RONALD A. WIELAND, *Appellant*, v. THE CITY OF SEATAC,
*Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 98-2-02366-7, Richard D. Hicks, J.,
entered June 8, 1999. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Armstrong, C.J., and Hunt,
J.

LARRY R. SERL, *Respondent*, v. BARBARA E. OLES, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-3-05595-7, Frederick W. Fleming, J., en-
tered January 15, 1999. *Affirmed* by unpublished opinion
per Bridgewater, J., concurred in by Armstrong, C.J., and
Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. JASON LAWRENCE
BUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 98-1-00207-6, Kenneth D. Williams, J.,
entered November 23, 1998. *Affirmed* by unpublished opin-
ion per Houghton, J., concurred in by Hunt, A.C.J., and
Seinfeld, J.